**Order entered October 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01331-CV

### IN RE MARK IDEN, Relator

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-2773-2011**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus.  We **ORDER** that relator bear the costs of this original proceeding.

/s/     DAVID LEWIS
          JUSTICE